UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

CARLOS ALBERTO SAWICKI          CASE NO. 05-46105-BKC-RAM

Debtor, Appellant.          Chapter 7
_____/

CARLOS ALBERTO SAWICKI,

Plaintiff, Appellant          Adv. No.09-01337-BKC-RAM-A

vs.

UNITED OIL PACKERS INCORPORATED,

Defendant, Appellee
_____/

MARCIA T. DUNN, Chapter 7 trustee
For the estate of Carlos A. Sawicki

    Intevener, Appellee

v.

CARLOS A. SAWICKI, and
UNITED OIL PACKERS, INC.

    Defendants. Appellee
_____/

## DESIGNATION OF RECORD

Appellant, Debtor, Carlos Alberto Sawicki, respectfully files *Pro Se*, the "Designation of Record" to the higher Court on Appeal to review the following documents as follows:

1) Original Circuit Court Emergency Injunction Complaint

2) Deposition of Carlos Alberto Sawicki

3) Deposition of Angie Suarez AKA Angela Suarez

4) Affidavit of Angie Suarez AKA Angela Suarez

5) Telephone Deposition of Aura Espinoza in Court Room (Transcript Requested)

6) Bill of Sale for Equipment Dated October 24, 1996

7) Affidavit of Jaime Cubillos supporting Authenticity of Bill of Sale dated October 24, 1996

8) Affidavit of Alejandro De Renzis supporting Authenticity of Bill of Sale October 24, 1996

9) Transcript of Hearing of Trial (Transcript requested)

10) Certification and Qualifications of Courtroom Translator used at Trial (requested)

## Request for Judicial Notice

In accordance with Rule 201 of the Federal Rules of Evidence, the Debtor, Appellant, Plaintiff, Carlos Alberto Sawicki requests that the Court take judicial notice of the documents listed in the attached "Designation of Record" in support of the "Motion to Appeal".

Carlos Alberto Sawicki, Debtor Pro Se
260 – 95th Street No. 201
Surfside, Florida 33154
(954) 249-2493

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to **Michael I Rose, Esq.,** Counsel for United Oil Packers Inc., counsel for Defendant, Museum Tower, 150 West Flagler Street, Suite 1525, Miami, Florida 33130 on September 02, 2010, (305) 373-1030,
and to:
GENENOVESE JOBLOVE & BATISTA, P.A., Counsel for Intervener, Marcia T. Dunn, Chapter 7 Trustee for the estate of Carlos Alberto Sawicki, Bank of America Tower, 100 SE 2nd Street, 44th Floor, Miami, Fla. 33131  (305) 349-2310 Attention: Carlos E. Sardi, Esq.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

In re:  CASE NO. 05-46105-BKC-RAM
CARLOS ALBERTO SAWICKI,  CHAPTER 7

    Debtor.
_____/

CARLOS SAWICKI,  Adv. No. 09-01337-BKC-RAM-A

    Plaintiff,

v.

UNITED OIL PACKERS, INC.

    Defendant.
_____/

MARCIA T. DUNN, Chapter 7 trustee
For the estate of Carlos A. Sawicki,

    Intervener,

v.

CARLOS A. SAWICKI, and
UNITED OIL PACKERS, INC.,

    Defendants.
_____/

## AFFIDAVIT OF ALEJANDRO De RENZIS

Alejandro De Renzis, the undersigned Affiant hereinafter "Affiant". does hereby solemnly swear, declare and state as follows:
1. Affiant is competent to state the matters set forth herewith.
2. Affiant has personal knowledge of the facts stated herein.
3. All the facts stated herein are true, correct and complete to the best of Affiant's knowledge and understanding, and if called upon to testify as a witness Affiant shall so state: **PLAIN STATEMENT OF FACTS**
4. Affiant is an inhabitant of _____*MIAMI*_____, Florida

5. On or about the afternoon of October 24, 1996, before myself and another witness, I witnessed CARLOS SAWICKI in his office located at 1701 West 33rd Place, Hialeah, Florida sign a "Bill of Sale" for the sale of equipment.
6. I, Alejandro De Renzis, witnessed CARLOS SAWICKI sign the "Bill of Sale", then a witness signed, and then I also signed the "Bill of Sale" in the space provided attesting to the fact that I witnessed CARLOS SAWICKI sign the "Bill of Sale".
7. The Undersigned Affiant, Alejandro De Renzis does herewith, swear, declare and affirm that Affiant issues this AFFIDAVIT with sincere intent, that Affiant is competent to state the matters set forth herein, that the contents are true, correct, and complete, admissible as evidence and reasonable and just to the best of Affiant's knowledge.

_____   Date: 6/24/10
Alejandro De Renzis

[Notary Seal: NESTOR PALACIOS, Notary Public - State of Florida, My Comm. Expires Jun 2, 2014, Commission # DD 997604]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br>CARLOS ALBERTO SAWICKI,<br><br>    Debtor.<br>_____/ | CASE NO. 05-46105-BKC-RAM<br>CHAPTER 7 |
| CARLOS SAWICKI,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED OIL PACKERS, INC.<br><br>    Defendant.<br>_____/ | Adv. No. 09-01337-BKC-RAM-A |

MARCIA T. DUNN, Chapter 7 trustee
For the estate of Carlos A. Sawicki,

    Intervener,
v.

CARLOS A. SAWICKI, and
UNITED OIL PACKERS, INC.,

    Defendants.
_____/

## AFFIDAVIT OF JAIME CUBILLOS

Jaime Cubillos, the undersigned Affiant hereinafter "Affiant". does hereby solemnly swear, declare and state as follows:
1. Affiant is competent to state the matters set forth herewith.
2. Affiant has personal knowledge of the facts stated herein.
3. All the facts stated herein are true, correct and complete to the best of Affiant's knowledge and understanding, and if called upon to testify as a witness Affiant shall so state: **PLAIN STATEMENT OF FACTS**
4. Affiant is an inhabitant of _Plantation_____, Florida

5. On or about the afternoon of October 24, 1996, before myself and another witness, witnessed CARLOS SAWICKI in his office located at 1701 West 33rd Place, Hialeah, Florida sign a "Bill of Sale" for the sale of equipment.
6. I, Jaime Cubillos, signed first as a witness on the "Bill of Sale" of the equipment that I witnessed Carlos Sawicki sign, and then I witnessed the other witness present sign as witness on the document.
7. The Undersigned Affiant, Jaime Cubillos does herewith, swear, declare and affirm that Affiant issues this AFFIDAVIT with sincere intent, that Affiant is competent to state the matters set forth herein, that the contents are true, correct, and complete, admissible as evidence and reasonable and just to the best of Affiant's knowledge.

_____  Date: June 22, 2010
Jaime Cubillos

C14242152 4620

KAREN McKEOWN
Notary Public, State of Florida
Commission# DD979700
My comm. expires Apr. 6, 2014

6/22/10